MAY 22 2017

# WINN CORRECTIONAL CENTER
# OFFENDER REQUEST FORM

NAME: Joseph Davis DOC#: 435953 UNIT: ASH TIER: A1 bed 4

☐ Warden ☐ Classification Supervisor ☐ Offender Banking ☐ Mental Health
☐ Assistant Warden ☐ Chaplain ☐ Visitation ☐ Medical Director
☐ Chief of Security ☐ Education Director ☐ Pre-Release/Re-Entry ☑ Other ARP Screening

No request for 2nd step review

REQUEST: WNC-BJG-2017-120 I waiting on my second step resp which was 40 days from 3-21-17 can yall please me with the matter thank yall. Can yall please send me the decision if one been made thank very much. Also can yall please let me know when I get off phone, canteen restriction

(8-23-17) 5-30-17

Joseph Davis 435953 5-22-17
OFFENDER SIGNATURE/DOC NUMBER DATE

RESPONSE:

[signature] 5-23-17
STAFF SIGNATURE/TITLE DATE LA-0022

---

# WINN CORRECTIONAL CENTER
# OFFENDER REQUEST FORM

JUN 07 2017

NAME: Joseph Davis DOC#: 435953 UNIT: ASH TIER: A1-34

(CHECK ONLY ONE)

☐ Warden ☐ Unit Manager ☐ Education Director
☐ Assistant Warden ☐ Case Manager ☐ Mental Health
☐ Chief of Security ☐ Chief of Unit Management ☐ Medical Director
☑ Other ARP Screening

REQUEST: To. Mona Heyse I'm trying to find out why I haven't recieve a 2nd step respones for ARP#WNC-BJG 2017-120-(UOF) accepted on 3-21-17 can you please update me with a statics on this thank you very much

Joseph Davis 435953 6-6-17
OFFENDER SIGNATURE/DOC NUMBER DATE

RESPONSE:
No request for 2nd step recieved in this office - 1st step response - 3/23/17

[signature] 6/7/17
STAFF SIGNATURE AND TITLE DATE LA-0022

**WINN CORRECTIONAL CENTER**

Bed 19

**TO:** **Offender Joseph Davis**
**DOC#435953**
**Birch B2**

**FROM:** **ARP SCREENING OFFICE**

**DATE:** **3/21/17**

**REASON:** **ARP ACCEPTANCE NOTIFICATION**

Your ARP request has been received and accepted on 3/21/17
Date

Case's #WNC-BJG-2017-120 (UOF) will be investigated and a response provided by the Warden within the next 40 days.

Cammule

JUN 12 2017

# WINN CORRECTIONAL CENTER
# OFFENDER REQUEST FORM

**NAME:** Joseph Davis **DOC#:** 435953 **UNIT:** ASH **TIER:** A1-4

(CHECK ONLY ONE)

- ☐ Warden
- ☐ Assistant Warden
- ☐ Chief of Security
- ☐ Unit Manager
- ☐ Case Manager
- ☐ Chief of Unit Management
- ☐ Education Director
- ☐ Mental Health
- ☐ Medical Director
- ☑ Other ARP SCREENING

REQUEST: To. Ms. Mona Heyes I did sent yall my ARP BACK FOR # WNC-BJG-2017-120 (WOF) Now the 40 days have LAPS Also yall ARE 40 days OVER due I hope you look into this please get with the Warden it was sent back on 3-23-17 and I Also have my Copy Too

Joseph Davis 435953 6-9-17

OFFENDER SIGNATURE/DOC NUMBER DATE

RESPONSE: First Step Response within 45 days and must be received back in the office within 5 days of rec'v of 1st Step - Time limit has well expired -

[illegible] 6/12/17

STAFF SIGNATURE AND TITLE DATE

LA-0022