UNITED STATES POSTAGE PITNEY BOWES
02 1P $ 001.61⁰
0004706846 JUN 21 2017
MAILED FROM ZIP CODE 71483

17-cv-0864

Joseph Davis #435953
Winn Correctional Center
P.O. Box 1435
Winnfield, LA 71483

United States District Clerk's Office
P.O. Box 1269
Alexandria, LA 71309-1269

LEGAL MAIL